UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PRATEEK DAVE )<br>15429 DUCKLING PLACE )<br>WOODBRIDGE, VA 22191 )<br>     )<br>     PLAINTIFF )<br>  v.   )<br>     )<br>     )<br>CATHY LANIER )<br>CHIEF, METROPOLITAN POLICE )<br>DEPARTMENT )<br>300 INDIANA AVENUE, NW )<br>WASHINGTON, DC 20001 )<br>     )<br>  And   )<br>     )<br>DISTRICT OF COLUMBIA GOVERNMENT )<br>441 Fourth Street, NW )<br>Washington, DC  20001 )<br>     )<br>     DEFENDANT )<br>_____)| Civil Action No.<br>Jury Trial Demand |

## COMPLAINT

Comes now the Plaintiff Prateek Dave ("Plaintiff" or "Dave"), by and through his attorneys, and files this Complaint against the Defendants, District of Columbia Government, and Cathy Lanier, Chief, Metropolitan Police Department, and for his Complaint states as follows.

### INTRODUCTION

This is an individual action seeking declaratory and injunctive relief, reinstatement, back pay, front pay, and compensatory damages for violations of the plaintiff's rights.

### JURISDICTION and VENUE

1. This Court has jurisdiction over the federal claim in this action pursuant to 28 U.S.C. § 1331 and 1343.

2. Venue is proper in this court pursuant to 28 U.S.C. Sec 1391 in that the events giving rise to Dave's claims occurred here in the District of Columbia, and Defendants may be found here.

### PARTIES

3. Prateek Dave is an Indian American male citizen of the United States and a resident of the Commonwealth of Virginia who was employed as a police officer with the Metropolitan Police Department from 2004 through September 2006.

4. Defendant Cathy Lanier is the Chief of the Metropolitan Police Department and is sued in her official capacity. Defendant District of Columbia is a governmental entity.

### Background Facts

5. Mr. Dave was a member of the Metropolitan Police Department (as a cadet) from September 2004 until his termination in September 2006.

6. On November 8, 2004, two months into his cadet training at the Institute of Police Science (IPS), Mr. Dave was taking part in the Academy's morning physical training exercises when he was pushed down a steep and slippery hill by a trainer (Timothy

Demond – Hispanic descent). Mr. Dave ran into a parked vehicle and severely injured his left shoulder. Mr. Dave's classmates witnessed the incident and advised him to report the incident to the proper authorities. Mr. Dave complained that Desmond treated him in a discriminatory manner. Mr. Dave was placed on limited duty during the treatment for his shoulder injury, which lasted approximately 5 months and included Cortisone shots but no surgery. On February 21, 2006, Officer Dave was placed on sick leave status and subsequently on limited duty status and his probationary period was extended.

7. After the incident, Mr. Dave was relegated to only academic work at the academy, supplemented by physical training in retaliation for his reporting the incident. The retaliation included training with a lower class, sarcastic remarks about his ability to perform as a police office, and the non-receipt of specialized training required for graduation. Mr. Dave developed asthma because of the repetitious physical work he was subjected to with the required PT test (Physical Training Test). He was out one to two months on sick leave due to the asthma.

8. Mr. Dave was not allowed to graduate with his class, and spent two years at the academy. The normal time for graduating from the Academy is six months.

9. On September 26, 2006, Mr. Dave was issued a letter of termination of his appointment to the position of police officer with Metropolitan Police Department by Chief of Police Ramsey. During this ordeal and after the termination, Mr. Dave suffered from mental stress and depression.

10. Mr. Dave filed a complaint with the EEOC and was issued a Right to Sue.

<u>Count I</u>

<u>Violation of Americans with Disabilities Act and The Rehabilitation Act</u>

42 U.S.C. Sec. 12101 et seq. and 29 U.S.C. §791 et seq.

Plaintiff Dave adopts by reference each of the allegations in paragraphs one through ten above.

11.  At all pertinent times, Defendants were employers subject to provisions of Americans with Disabilities Act and the Rehabilitation Act.

12.  At all pertinent times, Plaintiff Dave was an employee entitled to protection under the ADA and Rehabilitation Act.

13.  The ADA and the Rehabilitation Act prohibit discrimination in employment based on an individual's disability or if the employee is regarded as disabled, and prohibit retaliation for filing a complaint of discrimination.

14.  In violation of the ADA and the Rehabilitation Act, Defendants knowingly and intentionally engaged in unlawful discrimination based on Dave's disability by: (1) subjecting him to disparate treatment; (2) subjecting Mr. Dave to a hostile work environment; (3) failing to accommodate Mr. Dave's disability; and (4) retaliating against Mr. Dave by terminating his employment because of his disability or Defendants regarded him as disabled.  The treatment to which Mr. Dave was subjected created an embarrassing, intimidating, oppressive, hostile and offensive work environment, which interfered with his emotional well being.

15.  Defendants at all relevant times had actual and constructive knowledge of the conduct described above.

16.  Defendant had no legitimate business reason for any of such acts.

17.     Plaintiff is informed and believes, and based thereon alleges, that in addition to the practices enumerated above, Defendants may have engaged in other discriminatory practices against him which are not yet fully known. At such time as such discriminatory practices become known, Mr. Dave will seek leave of court to amend this complaint in that regard.

WHEREFORE, Plaintiff prays as follows:

A.      That the court enter judgment against the Defendants;

B.      That the court award to Mr. Dave reinstatement, and damages in the amount of Three Hundred Thousand Dollars ($300,000), including damages in amount equal to all of his accumulated lost wages and benefits, including backpay, frontpay and benefits; compensatory damages for the financial and emotional harm caused by defendants, including prejudgment and post-judgment interest, and punitive damages.

C.      Award payment of all fees, costs, expenses, including attorney's fees and expert fees;

D.      That the Court award Plaintiff such other relief as to which he may be deemed entitled.

## COUNT II

**Violation of Title VII of the Civil Rights Act of 1964**
**42 U.S.C. Section 2000e-3(a)**
**Retaliation**

Plaintiff realleges and incorporates the allegations of all paragraphs above as if fully set forth in Count II.

18. Plaintiff was affected in a "term, condition and privilege" of employment as envisioned by 42 U.S.C. Section 2000e-2(a)(1) in that Defendant retaliated against Plaintiff for complaining about discriminatory treatment.

19. At all pertinent times, Defendant was an employer subject to the provisions of 42 U.S.C. Section 2000e et seq.

20. At all pertinent times, Plaintiff was an employee entitled to protection under Title VII.

21. Title VII prohibits discrimination in employment and retaliation for engaging in protected EEO activity.

22. In violation of Title VII, Defendants were aware of Plaintiff's prior protected activity, characterized him as a poor cadet, and knowingly and intentionally retaliated against Plaintiff by refusing to advance him in the cadet academy, subjecting him to disparate terms and conditions, and terminating him from the police academy.

WHEREFORE, Plaintiff requests court will:

    A. Issue a declaratory judgment that Defendants' practices toward Plaintiff are in violation of his rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e, et seq.

    B. Enjoin Defendants from retaliating against employees who file EEO complaints under Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e, et seq.

    C. Grant Plaintiff judgment for compensatory damages against Defendants.

D.  Grant Plaintiff his costs and a reasonable award of attorneys fees pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C Section 2000e-5(k), and all applicable statutes.

Respectfully submitted,

David A. Branch #438764
Law Offices of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805

**Jury Trial Demand**

Plaintiff demands a jury trial on all counts.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Prateek Dave

**SUMMONS IN A CIVIL CASE**

V.

Cathy Lanier, Chief
Metropolitian Police Department, et al

CASE NUMBER:

TO: (Name and address of Defendant)

Cathy Lanier, Chief
Metropolitian Police Department
300 Indiana Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
Law Offices of David A. Branch
1825 Connecticut Ave., NW
Suite 690
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within  20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    G  Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Prateek Dave

**SUMMONS IN A CIVIL CASE**

V.

Cathy Lanier, Chief
Metropolitian Police Department, et al

CASE NUMBER:

TO: (Name and address of Defendant)

District of Columbia Government
Serve: Peter Nickles
Attorney General, District of COlumbia
441 4th Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
Law Offices of David A. Branch
1825 Connecticut Ave., NW
Suite 690
Washington, DC  20009

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
          Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Prateek Dave

**SUMMONS IN A CIVIL CASE**

V.

Cathy Lanier, Chief
Metropolitian Police Department, et al

CASE NUMBER:

TO: (Name and address of Defendant)

District of Columbia GOvernment
Serve: Mayor Adrian Fenty
1350 Pennsylvania Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Branch
Law Offices of David A. Branch
1825 Connecticut Ave., NW
Suite 690
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    G  Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    *Date*                    *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Prateek Dave

## DEFENDANTS
D.C. Government and Metropolitan Police Department

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Prince William
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
David A. Branch
Law Office of David A. Branch
1825 Connecticut Avenue, NW #690
Washington, DC 20009 (202) 785-2805

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff))
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Americans with Disabilities Act, 42 U.S.C. 12101 and Title VII (Retaliation)

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 300,000   Check YES only if demanded in complaint
JURY DEMAND: YES ☒  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒   If yes, please complete related case form.

DATE 05/19/2008   SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.