UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PRATEEK DAVE, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 08-856 (RMU) |
| | : | |
| CATHY LANIER, *et al.*, | : | |
| | : | |
|     Defendants. | : | |
| _____ | : | |

**DISTRICT OF COLUMBIA'S
CONSENT MOTION TO ENLARGE TIME
TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), Defendant District of Columbia ("District"), by and through undersigned counsel and with the consent of Plaintiff, hereby moves this Honorable Court for an enlargement of time — up to and including **July 7, 2008** — to file a response to Plaintiff's Complaint. As grounds therefor, this Defendant represents as follows:

1. Plaintiff filed suit on or about May 19, 2008. Process was then served on Defendant District of Columbia or about May 28, 2008. An answer or response is due on or about June 17, 2008.

2. Counsel was assigned this matter on June 2, 2008, and will not have an opportunity to prepare a response to the Complaint consistent with Fed. R. Civ. P. 11 prior to June 17, 2008.

3. Plaintiff's Complaint contains factual averments which requires a diligent search for responsive information. Due to the press of business, additional time is required to confer with necessary individuals and review pertinent records.

4.     Defendant respectfully requests that this Court extend the time to file its response for an additional twenty (20) days — up to and including **July 7, 2008**.

5.     Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires…."  This motion is filed prior to the expiration of the prescribed period and otherwise meets the requirements of Rule 6(b)(1).

6.     Plaintiff consents to Defendant's request for an enlargement.

7.     No party will be unduly prejudiced should the Court grant the requested relief.

WHEREFORE, for the reasons stated herein and pursuant to Fed. R. Civ. P. 6(b), this Defendant requests additional time — up to and including July 7, 2008 — to file its response to Plaintiff's Complaint.  A memorandum of points and authorities in support of this motion is attached hereto.

> Respectfully Submitted,
>
> PETER J. NICKLES
> Interim Attorney General, District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
> _____/s/_____
> PATRICIA A. JONES [428132]
> Chief, General Litigation Sec. IV
>
> _____/s/_____
> DWAYNE C. JEFFERSON [980813]
> Assistant Attorney General
> One Judiciary Square
> 441 4th St., N.W., 6th Floor South
> Washington, D.C. 20001
> (202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
> dwayne.jefferson@dc.gov

## LCvR 7(m) CERTIFICATION

I hereby certify that on June 4, 2008, plaintiff's counsel consented to the relief sought in this motion.

                                             /s/
                                             Dwayne C. Jefferson
                                             Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATEEK DAVE, | : |
| Plaintiff, | : |
| v. | : C.A. No.: 08-856 (RMU) |
| CATHY LANIER, ET AL. | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of its Motion for Enlargement of Time to File A Response to Plaintiff's Complaint, this Defendant relies upon the following authorities:

1. Inherent Power of the Court.

2. Fed. R. Civ. P. 6(b).

3. The consent of Plaintiff.

4. The record herein.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

          /s/
DWAYNE C. JEFFERSON [980816]
Assistant Attorney General
One Judiciary Square
441 4th St., N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6649 p | (202) 727-6295 | (202) 741-0554 fax
dwayne.jefferson@dc.gov

**COUNSEL FOR THE**
**DISTRICT OF COLUMBIA**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRATEEK DAVE, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   C.A. No.: 08-856 (RMU) |
| | : |
| CATHY LANIER, *et al.*, | : |
| | : |
|     Defendants. | : |

### **ORDER**

UPON CONSIDERATION of the Consent Motion for Enlargement of Time to File an Answer or Other Response to Plaintiff's Complaint, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be GRANTED, it is by the Court this ____ day of _____ 2008,

ORDERED: That the motion shall be and the same is hereby GRANTED; and it is,

FURTHER ORDERED: That the District of Columbia's time to file an answer or other response to Plaintiff's Complaint is extended up to and including July 7, 2008.

_____
**HON. RICARDO M. URBINA**
**Judge, U.S. District Court for the District of Columbia**