UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PRATEEK DAVE            )<br>                                    )<br>            PLAINTIFF      )<br>    v.                          )<br>                                    )<br>                                    )<br>CATHY LANIER            )<br>CHIEF, METROPOLITAN POLICE  )<br>DEPARTMENT, et al.    )<br>                                    )<br>            DEFENDANTS  )<br>_____) | Civil Action No. 08-0856<br>Jury Trial Demand |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT LANIER'S MOTION TO DISMISS

Comes now the Plaintiff Prateek Dave ("Plaintiff" or "Dave"), by and through his attorneys, and files this Motion for Extension of Time to File Opposition to Defendant Lanier's Motion to Dismiss, and in support thereof, states as follows.

Defendant Lanier has filed a motion to dismiss Plaintiff's complaint against her. Plaintiff's opposition is due on June 26, 2008. Plaintiff requests a two week extension of time until July 10, 2008 to file his opposition. Since the motion was filed, Plaintiff's counsel has had to complete briefs for three dispositive motions, and attend other court commitments, including court hearings, depositions, and client matters, and needs additional time to complete the opposition. In addition, over the next ten days, counsel must travel to Florida, and respond to two dispositive motions. This motion is not being filed to cause any unnecessary delay.

Wherefore Plaintiff requests an extension through July 10, 2008 to file the opposition to the motion to dismiss. Plaintiff sought the consent of Defendant's counsel to this motion, and Defendant's counsel did not respond with Defendant's position before this motion was filed.

Respectfully submitted,

/s/ David A. Branch

David A. Branch #437864
Law Office of David A. Branch
1825 Connecticut Avenue, NW
Suite 690
Washington, D.C. 20009
(202) 785-2805

**Certificate of Service**

I hereby certify this 26th day of June 2008 that the foregoing copy of Plaintiff's Motion for Extension of Time to File Opposition to Defendant Lanier's Motion to Dismiss was served by electronic mail to counsel listed below:

Dwayne Ferguson
Assistant Attorney General
District of Columbia Government
441 4th Street, NW
Washington, DC 20001

/s/ David A. Branch
David A. Branch

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| PRATEEK DAVE )<br>)<br>    PLAINTIFF )<br>  v. )<br>)<br>)<br>CATHY LANIER )<br>CHIEF, METROPOLITAN POLICE )<br>DEPARTMENT, et al. )<br>)<br>    DEFENDANTS )<br>_____) | **Civil Action No. 08-0856**<br>**Jury Trial Demand** |

UPON CONSIDERATION of Plaintiff's Motion for Extension of Time to File Plaintiff's Opposition to Defendant Lanier's Motion to Dismiss, it is

ORDERED that the motion be and hereby is granted.  Plaintiff shall file his opposition on or before July 10, 2008.

_____

U.S. District Court Judge

3