**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **PRATEEK DAVE** ) | |
| ) | |
| **PLAINTIFF** ) | |
| v. ) | **Civil Action No. 08-0856** |
| ) | **Jury Trial Demand** |
| ) | |
| **CATHY LANIER** ) | |
| **CHIEF, METROPOLITAN POLICE** ) | |
| **DEPARTMENT, et al.** ) | |
| ) | |
| **DEFENDANTS** ) | |
| _____) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT LANIER'S MOTION TO DISMISS**

Comes now the Plaintiff Prateek Dave ("Plaintiff" or "Dave"), by and through his attorneys, and files this Response to Defendant Lanier's Motion to Dismiss, and in support thereof, states as follows.

Plaintiff's claims against Defendant Lanier are in her official capacity, and Plaintiff does not object to the dismissal of claims against Defendant Lanier in her official capacity in light of the fact that the District of Columbia is a Defendant.

.

       Respectfully submitted,

       */s/ David A. Branch*

       David A. Branch #437864
       Law Office of David A. Branch
       1825 Connecticut Avenue, NW
       Suite 690
       Washington, D.C. 20009
       (202) 785-2805

## Certificate of Service

I hereby certify this 7th day of July 2008 that the foregoing copy of Plaintiff's Response to Defendant Lanier's Motion to Dismiss was served by electronic mail to counsel listed below:

Dwayne Ferguson
Assistant Attorney General
District of Columbia Government
441 4th Street, NW
Washington, DC 20001

                                                                         */s/ David A. Branch*
                                                                          David A. Branch